■ The People of the State of New York ex rel. Clarence Broughton, Appellant, v. Michael Amico, as Sheriff of Erie County, et al., Respondents.—

---

Appeal unanimously dismissed as moot, it appearing that relator has now been released on parole. (*People ex rel. Wilder* v. *Markley,* 26 N Y 2d 648.) (Appeal from judgment of Erie Special Term dismissing writ of habeas corpus.) Present — Marsh, P. J., Witmer, Moule, Cardamone and Goldman, JJ.